■     THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN HALL, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Same memorandum as in *People ex rel. Barnes v Smith* (70 AD2d 764). (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.